**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
JERRY MYERS,                  :
                              :
         Plaintiff,           :
                              :
v.                            : Civil No. 3:01CV02070(AWT)
                              :
RUDOLPH MARCONI, ET AL.,      :
                              :
         Defendant.           :
                              :
------------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

_____   All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

_____   A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

_____   To supervise discovery and resolve discovery disputes (orefmisc./dscv)

_____   A ruling on the following motion(s), which is/are currently pending:(orefm.)
   • Doc.# __ _____

__X__   A settlement conference (orefmisc./cnf)

_____   A conference to discuss the following:  (orefmisc./cnf)
   _____

SO ORDERED this 17th day of May 2006 at Hartford, Connecticut.

                                      /s/
                              Alvin W. Thompson
                              United States District Judge