UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| JERRY MYERS, | : |
|     Plaintiff, | :     Civil Action No. |
| v. | :     3:01 CV 2070 (AWT) |
| | : |
| RUDOLPH MARCONI, in his official | : |
| capacity as First Selectman of the Town of | : |
| Ridgefield and His Personal Capacity | :     May 23, 2006 |
| His personal capacity, | : |
| TOWN OF RIDGEFIELD, and | : |
| TOWN OF RIDGEFIELD FIRE DEPARTMENT,: | |
|     Defendants. | : |

_____

**MOTION ON CONSENT FOR EXTENSION OF TIME**

      Pursuant to Local Rule 7(b) of the Federal Rules of Civil Procedure, the Plaintiff, with consent and agreement of the Defendants, hereby files this Motion on Consent for Extension of Time, up to and including August 7, 2006, for the parties to file their respective Trail Memoranda in the above reference case, which are due May 26, 2006. This motion is requested to allow the parties to attend a settlement conference scheduled on June 9, 2006 at 1:00 p.m. before Magistrate Judge Martinez and sufficient time thereafter to draft and submit the trial memorandum based on the settlement reached on June 6, 2006.

        PLAINTIFF,
        JERRY MYERS

BY:   _____
        Elisabeth Seieroe Maurer (ct11445)
        Maurer & Associates, PC
        871 Ethan Allen Highway, Suite 202
        Ridgefield, CT 06877
        Phone (203) 438-1388, Fax (203) 431-0357
        e-mail: esmaurer@esmlaw.net