**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

_____X

Jerry Myers                              :        **Civil Action No.**
                                         :        **3:01 CV 2070 (AWT)**
          **Plaintiff**                  :
                                         :
     **v.**                              :        **May 23, 2006**
Rudolph Marconi, Et  A.                  :I
                                         :
          **Defendant.**                 :
_____X

## CERTIFICATION

This is to certify that a copy of the foregoing Motion on Consent for

Extension of Time, was sent via Facsimile on this 23rd day of May, 2006 to the

following parties:


Mark Sommaruga
Sullivan, Schoen, Campane & Connon
646 Prospect Avenue
Hartford, CT 06105

Fax (860) 233-0516

_____
Elisabeth Seieroe Maurer (ct 11445)