UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JERRY MYERS,<br>    Plaintiff,<br>v.<br><br>RUDOLPH MARCONI, in his official<br>capacity as First Selectman of the Town of<br>Ridgefield and His Personal Capacity<br>His personal capacity,<br>TOWN OF RIDGEFIELD, and<br>TOWN OF RIDGEFIELD FIRE DEPARTMENT,<br>    Defendants. | Civil Action No.<br>3:01 CV 2070 (AWT)<br><br>May 31, 2006 |

## APPEARANCE

To the Clerk of the United States District Court for the District of Connecticut:

In addition to other counsel, please enter my appearance as attorney for the Plaintiff, Jerry Myers in the above captioned case.

                                  PLAINTIFF,
                                  JERRY MYERS

BY: _____
        Daniel P. Hunsberger, Of Counsel (ct17040)
        Maurer & Associates, PC
        871 Ethan Allen Highway, Suite 202
        Ridgefield, CT 06877
        Phone (203) 438-1388, Fax (203) 431-0357
        e-mail:
        dhunsberger@maurerandassociates.com

CERTIFICATION

This is to certify that the foregoing was mailed via U.S. Postal Service, postage prepaid on this the 31st day of May 2006 to the following:

Mark J. Sommaruga, Esq.
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Avenue
Hartford, Connecticut 05105

William R. Connon, Esq.
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Avenue
Hartford, Connecticut 05105

_____
Daniel P. Hunsberger