**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **JERRY MYERS,**<br>**Plaintiff,**<br>**v.**<br><br>**RUDOLPH MARCONI, in his official capacity as First Selectman of the Town of Ridgefield and His Personal Capacity His personal capacity,**<br>**TOWN OF RIDGEFIELD, and**<br>**TOWN OF RIDGEFIELD FIRE DEPARTMENT,**<br>**Defendants.** | **Civil Action No.**<br>**3:01 CV 2070 (AWT)**<br><br>**May 31, 2006** |

**APPEARANCE**

To the Clerk of the United States District Court for the District of Connecticut:

In addition to other counsel, please enter my appearance as attorney for the Plaintiff, Jerry Myers in the above captioned case.

PLAINTIFF,
JERRY MYERS

BY: ______________________

Daniel P. Hunsberger, Of Counsel (ct17040)
Maurer & Associates, PC
871 Ethan Allen Highway, Suite 202
Ridgefield, CT 06877
Phone (203) 438-1388, Fax (203) 431-0357
e-mail:
dhunsberger@maurerandassociates.com

CERTIFICATION

This is to certify that the foregoing was mailed via U.S. Postal Service, postage prepaid on this the 31st day of May 2006 to the following:

Mark J. Sommaruga, Esq.
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Avenue
Hartford, Connecticut 05105

William R. Connon, Esq.
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Avenue
Hartford, Connecticut 05105

Daniel P. Hunsberger