UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JERRY MYERS

   v.                                        Case Number: 3:01cv2070 (AWT)

RUDOLPH MARCONI, I/O,
TOWN OF RIDGEFIELD,
RIDGEFIELD FIRE DEPT.

NOTICE TO COUNSEL
-------------------

The above-entitled case was reported to the Court on <u>August 24, 2006</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on September 23, 2006 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Hartford, Connecticut, August 25, 2006.

                                            KEVIN F. ROWE, CLERK

                                            By: _____/s/_____
                                                   Robert K. Wood
                                                   Deputy Clerk

EOD_____