UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JERRY MYERS : | |
| v.  : | CASE NO. 3:01CV2070 (AWT) |
| RUDOLPH MARCONI, I/O, : | |
| TOWN OF RIDGEFIELD, and | |
| RIDGEFIELD FIRE DEPARTMENT | |

<u>JUDGMENT</u>

Counsel of record having reported to the court on August 24, 2006, that the above-entitled case has settled;

It is accordingly ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to reopen the case if the settlement has not been consummated.

Dated at Hartford, Connecticut this 5th day of October, 2006.

                                            KEVIN F. ROWE, Clerk

                                            By:    /s/ SLS
                                                    Sandra Smith
                                                    Deputy Clerk